## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 295 EAL 2018

           : 

         Respondent    :   Petition for Allowance of Appeal from

           :   the **Unpublished Memorandum and**

           :   **Order** of the Superior Court at No.

      v.          :   734 EDA 2016 (Bender, P.J.E., Olson,

           :   J., **Ford Elliott**, P.J.E.), entered on

           :   June 6, 2018, **affirming** the Judgment

VICTOR DICKERSON,        :   of Sentence of the Philadelphia

           :   County Court of Common Pleas at No.

        Petitioner    :   CP-51-CR-0012554-2014 (Thomas-

           :   Street, J.), entered on November 19,

           :   2015

## DISSENTING STATEMENT

**JUSTICE WECHT**                                **FILED:  July 30, 2019**

For the reasons outlined in my dissent in *Commonwealth v. Santiago*, ___ A.3d ___, 2019 WL 2504317 (Pa. June 18, 2019) (Wecht, J., dissenting), and because I believe that *Commonwealth v. Garvin*, 293 A.2d 33 (Pa. 1972) should be overruled, I would grant the above-captioned petition for allowance of appeal.  Petitioner raises the following issue:

> Because the Superior Court's reliance on *Commonwealth v. Garvin* and its unwavering rule that no out-of-court identification may ever be the fruit of the poisonous tree after an unlawful seizure stand in direct conflict with United States and Pennsylvania Supreme Court precedent, and because this Court has allowed appeal in *Commonwealth v. Santiago*, precisely to address whether *Garvin* is in conflict with the Fourth Amendment, must this appeal be allowed?

*See* Petition for Allowance of Appeal at 2.  Because I believe that *Garvin* infringes upon the protections guaranteed by the Fourth Amendment to the United States Constitution

and Article I, Section 8 of the Pennsylvania Constitution, the answer to Petitioner's question may very well be "yes." *See Santiago*, 2019 WL 3504317 (Wecht, J., dissenting). Further briefing would be required to fully analyze the issue. For these reasons, I would grant Petitioner's petition for allowance of appeal.